**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MILAN MASLIC | |
| JENNIFER KAROLINE MASLIC | CASE NO. 14-22443 |
| aka Jennifer Koraline Muhl, | JUDGE: Goldgar, |
| DEBTORS | |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Joseph S Davidson, Sulaiman Law Group, LLC, 2500 South Highland Avenue Suite 200, Lombard, IL 60148
**Notified via US Postal Service**
Milan Maslic, 740 7th Avenue, Libertyville, IL 60048
Jennifer Karoline Maslic, 740 7th Avenue, Libertyville, IL 60048

Please take notice that on the 3rd day of May, 2019, at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, at the United States Bankruptcy Court, 301 S. Greenleaf Avenue, Courtroom B, Park City Branch Court, Park City, IL 60085 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on April 17, 2019, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      Respectfully Submitted,

      /s/ Michael N. Burke
      Michael N. Burke

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-088743

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| MILAN MASLIC | |
| JENNIFER KAROLINE MASLIC | NO. 14-22443 |
| aka Jennifer Koraline Muhl, | JUDGE: Goldgar, |
| DEBTORS | |

<u>MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE
DISMISSAL OF THE CASE</u>

NOW COMES the Movant, Wells Fargo Bank, N.A., by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. On June 16, 2014, the above-named Debtors filed a Petition pursuant to 11 USC § 1301, et. seq. and a Plan which was confirmed on November 14, 2014.

2. A material term of said plan called for the Debtors to make post-petition monthly mortgage payments directly to the Movant commencing with the installment that came due on July 1, 2014.

3. Notwithstanding said material term, as of April 5, 2019, said post-petition mortgage payments are in default in the amount of $8,170.21:

| | | |
|---|---|---|
| 1/1/2019 - 4/1/2019 monthly payments at $2,633.45 each | = $ | 10,533.80 |
| Suspense balance | = $ | (2,363.59) |
| TOTAL | = $ | 8,170.21 |

4.     By failing to make current mortgage payments, the Debtors have failed to provide the Movant with adequate protection for its security, contrary to the requirements of the Bankruptcy Code.

5.     Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either payable to Movant or has been duly endorsed. Movant, directly or through an agent, has possession of the promissory note. Movant is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

6.     That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.     Upon information and belief, an additional lien exists against the subject property in the amount of $59,135.00.

8.     This failure constitutes a material default entitling Movant to relief pursuant to 11 U.S.C. §362(d).

9.     For the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, Wells Fargo Bank, N.A., moves this Honorable Court to modify the automatic stay to allow Wells Fargo Bank, N.A. to foreclose the mortgage on the property located at: 1570 S Lancaster Lane, Libertyville, IL 60048  or to take action, with respect to this real property, as set forth under applicable non-bankruptcy law such as modification, short sale, and other loss mitigation options; that the unpaid portion of any proof of claim or stipulation calling for payment of the debt secured by that mortgage be withdrawn for purposes of these proceedings only and that Federal Bankruptcy Rule

4001(a)(3) be waived or dismiss the case.

          Respectfully submitted,

          /s/ Michael N. Burke
          Attorney for Wells Fargo Bank, N.A.

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-088743

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**